186 September 18, 2024 No. 673

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

CITY OF EUGENE,
*Plaintiff-Respondent,*

*v.*

Noelle Christine WADE,
*Defendant-Appellant.*

Lane County Circuit Court
23VI11905; A181611

Beatrice N. Grace, Judge.

Submitted August 7, 2024.

Heather Marek and Oregon Law Center filed the briefs for appellant.

Melissa J. Franz, Travis Smith, and City of Eugene Prosecutor's Office filed the brief for respondent.

Before Shorr, Presiding Judge, Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *City of Eugene v. Morrison*, 333 Or App 730, 554 P3d 821 (2024).